No. 83–833. TRANS-CANADA ENTERPRISES, LTD., ET AL. *v.* MUCKLESHOOT INDIAN TRIBE ET AL.; and

No. 83–958. PORT OF TACOMA *v.* PUYALLUP INDIAN TRIBE. C. A. 9th Cir. Motion of Washington Land Title Association for leave to file a brief as *amicus curiae* in No. 83–958 granted. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: No. 83–833, 713 F. 2d 455; No. 83–958, 717 F. 2d 1251.